UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
JOHN FLYNN, et al.,             )
                                )
          Plaintiffs,           )
                                )
     v.                         )    Civil Action No.
                                )    05-1050 (GK)
L&S CUSTOM MASONRY,             )
                                )
          Defendant.            )
_____)
```

**O R D E R**

On May 25, 2005, Plaintiffs filed their Complaint against Defendant L & S Custom Masonry. To date, Plaintiffs have failed to effect service on Defendant or to take any other action to move the above-captioned case forward. When, as here,

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, it is hereby

**ORDERED** that Plaintiffs show cause no later than **October 18, 2005** why the Complaint should not be dismissed for failure to prosecute.


/s/ _____
GLADYS KESSLER
United States District Judge

October 3, 2005


**Copies to**: **attorneys on record via ECF**