UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>L&S CUSTON MASONRY<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1050<br>)  Judge: Gladys Kessler<br>)<br>)<br>)<br>) |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned action.

2. Plaintiffs' agent attempted, unsuccessfully, to serve the Summons and Complaint in this action on Defendant at 130 Central Avenue Jersey City, New Jersey 07036, the last known business address of Defendant, as evidenced by the declaration of process server, Larry Sable, attached hereto at Exhibit A.

3. Because the process server was unable to serve the Defendant, an original Summons, a copy of the Complaint, a copy of the Notice of Right to Consent to Trial, and a copy of the Initial Electronic Case Filing Order in this action were served on October 5, 2005, on the New Jersey State Treasurer, as agent of L & S Custom Masonry, pursuant to New Jersey statute 2A:15-30.1.

4. Proof of Service on Defendant, dated October 12, 2005, received from the New Jersey State Treasurer is also attached hereto at Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2005

Claudette M. Elmes

DSMDB.1994484.1