# Exhibit A

SUBMITTED ON BEHALF OF

DICKSON & SHAPIRO
2101 L STREET, N.W.
WASHINGTON, DC 20036

PLAINTIFF

JOHN FLYNN, ET ALS

VS

L & S CUSTOM MASONARY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

DOCKET NO.: 1:05-CV-01050

CIVIL ACTION

CERTIFICATION OF ATTEMPTED SERVICE OF A SUMMONS IN A CIVIL CASE

Larry Sable of full age hereby certifies as follows:

1. I am an Independent Contractor for New Jersey Lawyers Service. As such, I have personal knowledge of the facts as set forth below.

2. On or about June 22nd, 2005, I received a US District Court Summons for the within matter upon L & S Custom Masonry, Inc. located at 130 Central Avenue Jersey City, New Jersey 07306.

3. Upon my arrival at said address, L & S Custom Masonry was not located at the above address provided. We asked other tenants in the building if they heard of L & S but we were told they never heard of them. We were unable to locate a new address for them.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Subscribed and Sworn to me on this
15th day of Sept 2005
FRANCESCO NAPPI
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. Jan. 9, 2006

LARRY SABLE

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
PO BOX 308
TRENTON, NJ 08646

Richard J. Codey
Acting Governor

John E. McCormac, CPA
State Treasurer

October 12, 2005

Ira R Mitzner
Dickstein Shapiro Morin & Oshinsky
2101 L Street Nw
Washington, DC 20037

**RE: 1:05CV 01050 GK**

John Flynn Etal (Plaintiff)
VS: L & S CUSTOM MASONRY, INC. (Defendant)

Dear Sirs:

This is to advise you that the copy of the above listed complaint has been accepted by the Treasurer. The address of the registered agent of record is marked as undeliverable on our records.

Very truly yours,

John E McCormac, CPA
State Treasurer