```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                )
**JOHN FLYNN**, <u>et</u> <u>al.</u>,          )
                                )
    **Plaintiffs**,             )
                                )
  v.                            )   Civil Action No.
                                )   05-1050 (GK)
                                )
**L & S CUSTOM MASONRY**,           )
                                )
    **Defendant**.              )
_____)

## **O R D E R**

On May 25, 2005, Plaintiff John Flynn filed a Complaint against Defendant L & S Custom Masonry on behalf of himself, other trustees of the Bricklayers & Trowel Trades International Pension Fund ("the Fund"), the Fund, the International Union of Bricklayers and Allied Craftworkers, and the International Masonry Institute. On October 3, 2005, because Plaintiffs had not effected service of process on Defendant within 120 days after filing their Complaint, the Court ordered Plaintiffs to show cause why the case should not be dismissed for failure to prosecute.

Upon consideration of Plaintiffs' Declaration dated October 18, 2005, the Court is satisfied that Plaintiffs have made good-faith efforts to serve process on Defendant and that substitute process has been served on Defendant's registered business agent.

Accordingly, it is hereby

**ORDERED** that the Court's October 3, 2005 Order is **vacated**; it is further

**ORDERED** that Plaintiffs shall inform the Court of their efforts to move the above-captioned case forward no later than **November 20, 2005.**

                                                                /s/
                                                             GLADYS KESSLER
                                                             United States District Judge

October 19, 2005

**Copies to**: **attorneys on record via ECF and**