CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,  )
    Plaintiffs  )
)
vs.  )    Civil Action No. 05-1050 (GK)
)
)
L&S CUSTOM MASONRY  )
)
    Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this __19th__ day of __October__, __2005__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __L&S CUSTOM MASONRY through their agent, the New Jersey State Treasurer, pursuant to NJ Statute 2A:15-30.1__ was [were]:  [personally served with process on, __accepted on October 12, 2005__].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
__29 U.S.C. Section 1132(e)(2)__].

    I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).

_/s/ Ira R. Mitzner_
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW, Washington DC 20037

__184564__
Bar Id. Number

Address and Telephone Number  (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>L&S CUSTOM MASONRY,<br><br>        Defendant. | Civil Action No. 05-1050<br>Judge: Gladys Kessler |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro Morin & Oshinsky LLP
>2101 L Street, N.W.
>Washington, D.C.  20037-1526
>Telephone: (202) 828-2234
>Facsimile   (202) 887-0689

>L&S CUSTOM MASONRY
>c/o John E. McCormac, CPA
>New Jersey State Treasurer
>Department of Treasury
>P.O. Box 308
>Trenton, NJ  08646
>(609) 984-6692