Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

_____
Plaintiff(s)

Civil Action No. 05-1050 (GK)

V.

L & S CUSTOM MASONRY

_____
Defendant(s)

RE: L & S CUSTOM MASONRY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 10/12/2005, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of March, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk