UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>L&S CUSTOM MASONRY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1050 (GK) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, L&S Custom Masonry without prejudice.

May 16, 2006

Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO MORIN
   & OSHINSKY LLP
2101 L Street, N. W.
Washington, D.C. 20037-1526

Attorney for the Plaintiffs

DSMDB.2086652.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>L&S CUSTOM MASONRY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1050 (GK)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C.  20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    L&S CUSTOM MASONRY
    c/o John E. McCormac, CPA
    New Jersey State Treasurer
    Department of Treasury
    P.O. Box 308
    Trenton, NJ  08646
    (609) 984-6692

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served by first-class mail, postage prepaid, on the __16__ day of May, 2006 upon:

> L&S CUSTOM MASONRY
> c/o John E. McCormac, CPA
> New Jersey State Treasurer
> Department of Treasury
> P.O. Box 308
> Trenton, NJ  08646
> (609) 984-6692

_____
Andrea Newell

DSMDB.2086579.1